THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Jermaine Jordan,       
 Appellant.
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 
2005-UP-406
Submitted June 1, 2005  Filed June 24, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, all of Columbia; and Solicitor John Gregory Hembree,
 of Conway, for Respondent.
 
 
 

PER CURIAM: Jermaine Jordan
appeals from his conviction of first-degree burglary, arguing the trial judge
erred by failing to direct a verdict because the State did not produce any
evidence of Jordans intent to commit a crime in the dwelling.  Jordans counsel attached to the final brief a
petition to be relieved as counsel, stating she had reviewed the record and
concluded this appeal lacks merit.  After a thorough review of the record
and counsels brief pursuant to Anders v. California, 386 U.S. 738
(1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
dismiss[1] the appeal and grant
counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., and BEATTY and
SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.